**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware
(State)

Case number *(if known)*: ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

**1. Debtor's Name**

**Eagle Hospitality Real Estate Investment Trust**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

N/A

**3. Debtor's federal Employer Identification Number** (EIN)

98-1487734

**4. Debtor's address**

**Principal place of business**

12 Marina Boulevard
Number Street

Marina Bay Financial Centre Tower 3, Level 44

Singapore 018982
City State Zip Code

Singapore
County

**Mailing address, if different from principal place of business**[1]

3 Times Square, 9th Floor
Number Street

c/o FTI Consulting, Alan Tantleff
City State Zip Code

New York, NY 10036

**Location of principal assets, if different from principal place of business**

200 Park Avenue
Number Street

New York, NY 10166
City State Zip Code

**5. Debtor's website** (URL)

https://eagleht.com/

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☒ Other. Specify: Real Estate Investment Trust under Singapore law.

1 Solely for purposes of notices and communications.

**7. Describe debtor's business**

A. *Check One:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 3 1 3

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check One:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form**.**
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District ______ When ______ (MM/DD/YYYY) Case number ______

District ______ When ______ (MM/DD/YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes. Debtor See Schedule 1 Relationship Affiliate

District Delaware When 01/18/2021 MM / DD / YYYY

Case number, if known See Schedule 1

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number Street

City State Zip Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors[2]**

| | | |
|---|---|---|
| ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

2 The Eagle Hospitality Group's estimated assets, liabilities, and number of creditors noted here are provided on a consolidated basis.

| | | | |
|---|---|---|---|
| **15. Estimated assets**[3] | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☒ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☒ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/27/2021**
MM/ DD / YYYY

✘ ***/s/ Chan Kim Lim***
Signature of authorized representative of debtor

**Chan Kim Lim**
Printed name

Title **Manager, Corporate Trust, DBS Trustee Limited (in its capacity as trustee of Eagle Hospitality Real Estate Investment Trust)**

✘ ***/s/ Kwek Yi Lin***
Signature of authorized representative of debtor

**Kwek Yi Lin**
Printed name

Title **Manager, Corporate Trust, DBS Trustee Limited (in its capacity as trustee of Eagle Hospitality Real Estate Investment Trust)**

**18. Signature of attorney**

✘ ***/s/ G. David Dean***
Signature of attorney for debtor

Date **01/27/2021**
MM/DD/YYYY

**G. David Dean**
Printed name

**Cole Schotz P.C.**
Firm name

**500 Delaware Avenue, Suite 1410**
Number Street

**Wilmington** **DE** **19801**
City State ZIP Code

**(302) 652-3131**
Contact phone

**ddean@coleschotz.com**
Email address

**6403** **DE**
Bar number State

[3] Estimated value of assets as of September 30, 2020.

| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: District of Delaware (State) | |
| Case number *(if known)*: | Chapter 11 |

☐ Check if this is an amended filing

**Schedule 1**

**Pending Bankruptcy Cases Filed by Affiliates of the Debtor**

On January 18, 2020, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for District of Delaware for relief under chapter 11 of title 11 of the United States Code. The Debtors are being jointly administered under the case number assigned to the chapter 11 case of **EHT US1, Inc (Case No. 21-10036).**

- 5151 Wiley Post Way, Salt Lake City, LLC
- ASAP Cayman Atlanta Hotel LLC
- ASAP Cayman Denver Tech LLC
- ASAP Cayman Salt Lake City Hotel LLC
- ASAP Salt Lake City Hotel, LLC
- Atlanta Hotel Holdings, LLC
- CI Hospitality Investment, LLC
- Eagle Hospitality Trust S1 Pte. Ltd.
- Eagle Hospitality Trust S2 Pte. Ltd.
- EHT Cayman Corp Ltd.
- EHT US1, Inc.
- Sky Harbor Atlanta Northeast, LLC
- Sky Harbor Denver Holdco, LLC
- Sky Harbor Denver Tech Center, LLC
- UCCONT1, LLC
- UCF 1, LLC
- UCHIDH, LLC
- UCRDH, LLC
- Urban Commons 4th Street A, LLC
- Urban Commons Anaheim HI, LLC
- Urban Commons Bayshore A, LLC
- Urban Commons Cordova A, LLC
- Urban Commons Danbury A, LLC
- Urban Commons Highway 111 A, LLC
- Urban Commons Queensway, LLC
- Urban Commons Riverside Blvd., A, LLC
- USHIL Holdco Member, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| EAGLE HOSPITALITY REAL ESTATE INVESTMENT TRUST, | : | Case No. 21-[_____] ([___]) |
| Debtor. | : | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Equity Held |
|---|---|
| None | None |

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Eagle Hospitality Real Estate Investment Trust |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** |

☑ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: Amended List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders[1]

12/15

**A list of creditors holding the 30 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 Largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Lodging USA Lendco LLC[2]<br>c/o ASAP International Hotel, LLC<br>81 N. Mentor Avenue<br>Pasadena CA 91106 | Jerome Yuan<br>jerome@asapholdings.com<br>Tel: (213) 625-1200 | Loan | ☐ C<br>☐ U<br>☑ D | | | $89,000,000.00[3] |
| 2 | Crestline Hotels & Resorts LLC<br>3950 University Drive<br>Suite 301<br>Fairfax VA 22030 | Monica Bernstein<br>Monica.Bernstein@Crestlinehotels.com<br>Tel: (571) 529-6100 | Hotel Management | ☑ C<br>☑ U<br>☑ D | | | $4,150,000.00 |
| 3 | Aimbridge Hospitality, LLC<br>5851 Legacy Circle<br>Suite 400<br>Plano TX 75024 | Greg Moundas<br>greg.moundas@aimhosp.com<br>Tel: (972) 952-0200 | Trade | ☑ C<br>☑ U<br>☑ D | | | $3,475,763.99 |
| 4 | Intercontinental Hotels Group<br>PO Box 101074<br>Atlanta GA 30392-1074 | Tim Kennedy<br>tim.kennedy@ihg.com<br>Tel: (760) 294-8611 | Trade | ☑ C<br>☑ U<br>☑ D | | | $3,119,911.75 |
| 5 | Evolution Hospitality LLC<br>5851 Legacy Circle<br>Suite 400<br>Plano TX 75024 | Greg Moundas<br>greg.moundas@aimhosp.com<br>Tel: (972) 952-0200 | Trade | ☑ C<br>☑ U<br>☑ D | | | $2,067,427.16 |
| 6 | Marriott International<br>10400 Fernwood Road<br>Dept 51/010.24<br>Bethesda MD 20817 | Steven A. Cohen<br>steven.cohen@arentfox.com<br>Tel: (301) 380-3000 | Trade | ☑ C<br>☑ U<br>☑ D | | | $1,382,319.12 |

[1] On a consolidated basis, excluding tax claims. The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtors with respect to all or any portion of the claims listed herein. Moreover, nothing herein shall affect any Debtor's right to challenge the amount, priority, validity or characterization of any claim at a later date. Out of abundance of caution, the Debtors have included in this list vendors and service providers (to the extent known to the Debtors) who previously provided services to the hotel management companies. Any obligations to these vendors and service providers are obligations of the respective hotel management companies, and the Debtors reserve all rights related to claims of such vendors filed in this case.

[3] The Debtors are currently investigating the loan from Lodging USA Lendco, LLC ("Lodging USA") to determine the role of the Debtors' former officers Taylor Woods and Howard Wu in connection with Lodging USA and whether Lodging USA should be considered an insider.

[3] Original principal amount.

Debtor **Eagle Hospitality Real Estate Investment Trust** Case number *(if known)* **21-10036**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | BankDirect Capital Finance<br>150 North Field Drive<br>Suite 190<br>Lake Forest IL 60045 | Tel: (877) 226-5456 | Insurance | ☑ C<br>☑ U<br>☑ D | | | $988,049.00 |
| 8 | Sompo International Insurance<br>1221 Avenue of the Americas<br>New York NY 10020 | Chloe Ferguson<br>cferguson@sompo-intl.com<br>Tel: (212) 471-1770 | Insurance | ☑ C<br>☑ U<br>☑ D | | | $869,938.00 |
| 9 | Sentry Control Systems Inc.<br>6611 Odessa Avenue<br>Van Nuys CA 91406 | Brent Gonzalez<br>brent.gonzalez@skidata.com<br>Tel: (818) 381-5259 | Trade | ☑ C<br>☑ U<br>☑ D | | | $811,491.00 |
| 10 | Hilton Worldwide<br>4649 Paysphere Circle<br>Chicago IL 60674 | Austin Elmaghrabi<br>austin.elmaghrabi@hilton.com<br>Tel: (703) 883-1000 | Trade | ☑ C<br>☑ U<br>☑ D | | | $676,039.64 |
| 11 | Hospitality Staffing Solutions LLC<br>PO Box 742822<br>Atlanta GA 30374-2822 | Michael Patterson<br>MPatterson@hssstaffing.com<br>Tel: (678) 426-5664 | Trade | ☑ C<br>☑ U<br>☑ D | | | $657,424.14 |
| 12 | Kaiser Foundation Health Plan<br>PO Box 80204<br>Los Angeles CA 90080-0204 | Antonio Ayala<br>Antonio.J.Ayala@kp.org<br>Tel: (720) 857-4319 | Trade | ☑ C<br>☑ U<br>☑ D | | | $554,251.51 |
| 13 | Sysco<br>20701 East Currier Road<br>City of Industry CA 91789 | Angelline Ng<br>Ng.Angelline@la.sysco.com<br>Tel: (909) 595-9595 | Trade | ☑ C<br>☑ U<br>☑ D | | | $419,004.55 |
| 14 | US Foods<br>Fish License # 17108<br>Box 843202<br>Dallas TX 75284-3202 | Charlene K Goss<br>charlene.goss@usfoods.com<br>Tel: (847) 268-5428 | Trade | ☑ C<br>☑ U<br>☑ D | | | $408,578.77 |
| 15 | Everest National Insurance Company<br>PO Box 499<br>Newark NJ 07101-0499 | Tel: (714) 371-9600 | Trade | ☑ C<br>☑ U<br>☑ D | | | $328,455.98 |
| 16 | Gibs Inc.<br>c/o Carnival Corporation<br>231 Windsor Way<br>Long Beach CA 90802 | Wilkin Mes<br>WMes@carnival.com<br>Tel: (562) 243-2191 | Trade | ☑ C<br>☑ U<br>☑ D | | | $327,789.11 |
| 17 | Hotelier Management Services LLC<br>PO Box 715123<br>Cincinnati OH 45271-5123 | Angel Pis-Dudot<br>angel@hotelierlinen.com<br>Tel: (786) 301-6559 | Trade | ☑ C<br>☑ U<br>☑ D | | | $299,734.18 |

Debtor  **Eagle Hospitality Real Estate Investment Trust**  Case number *(if known)* **21-10036**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | Aetna Life Insurance Company<br>PO Box 31001-1408<br>Pasadena CA 91110-1408 | Tel: (866) 899-4378 | Trade | ☑ C<br>☑ U<br>☑ D | | | $278,210.29 |
| 19 | Belfor USA Group Inc.<br>5085 Kalamath St<br>Denver CO 80221 | Tim Smith<br>tim.smith@us.belfor.com<br>Tel: (303) 656-1178 | Trade | ☑ C<br>☑ U<br>☑ D | | | $277,098.11 |
| 20 | Blackhawk Protection<br>30141 Antelope Road<br>Suite D # 786<br>Menifee CA 92584 | Javier Escobar<br>tiffganino@aol.com<br>Tel: (909) 384-9015 | Trade | ☑ C<br>☑ U<br>☑ D | | | $257,513.19 |
| 21 | ENWAVE USA<br>PO Box 207851<br>Dallas TX 75320-7851 | Robert Fox<br>EFOX@ENWAVEUSA.COM<br>Tel: (416) 392-6838 | Trade | ☑ C<br>☑ U<br>☑ D | | | $206,773.36 |
| 22 | Fiserv<br>255 Fiserv Drive<br>Brookfield WI 53045 | Deborah Stevenson<br>Deborah.Stevenson@fiserv.com<br>Tel: 301-665-4031 | Trade | ☑ C<br>☑ U<br>☑ D | | | $199,320.03 |
| 23 | Duke Energy<br>PO Box 1004<br>Charlotte NC 28201-1004 | Florida.support@duke-energy.com<br>Tel: (877) 372-8477 | Trade | ☑ C<br>☑ U<br>☑ D | | | $190,635.36 |
| 24 | PSAV<br>23918 Network Place<br>Chicago IL 60673 | Dawn C. Montgomery<br>dmontgomery@PSAV.COM<br>Tel: (727) 743-9577 | Trade | ☑ C<br>☑ U<br>☑ D | | | $190,407.41 |
| 25 | JN Cleaning Solutions<br>1424 Ridge Street<br>Kissimmee FL 34744 | Jusemil Abijamad<br>jabijamad@jncleaningsolutions.com<br>Tel: (407) 460-3981 | Trade | ☑ C<br>☑ U<br>☑ D | | | $185,852.76 |
| 26 | Ecolab Inc.<br>PO Box 70343<br>Chicago IL 60673-0343 | Angie Berberich<br>angela.berberich@ecolab.com<br>Tel: 1-800-352-5326 | Trade | ☑ C<br>☑ U<br>☑ D | | | $177,877.63 |
| 27 | Iwerks Entertainment Inc.<br>27509 Avenue Hopkins<br>Santa Clarita CA 91355 | Kate Magnusson<br>kmagnusson@iwerks.com<br>Tel: (416) 597-1585 | Trade | ☑ C<br>☑ U<br>☑ D | | | $170,869.86 |
| 28 | EPIC Entertainment<br>207 E Broadway # 302<br>Long Beach CA 90802 | Steve Sheldon<br>steve@epicentertainmentgroup.com<br>Tel: (323) 641-3742 | Trade | ☑ C<br>☑ U<br>☑ D | | | $170,621.50 |

Debtor **Eagle Hospitality Real Estate Investment Trust** Case number *(if known)* **21-10036**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 29 | Main Competitors Inc.<br>800 Robinson Ave<br>Kissimmee FL 34741 | | Trade | ☑ C<br>☑ U<br>☑ D | | | $166,833.71 |
| 30 | Southern California Edison<br>P.O. Box 300<br>Rosemead CA 91772-0001 | | Trade | ☑ C<br>☑ U<br>☑ D | | | $165,709.79 |

Fill in this information to identify the case and this filing:

Debtor Name **Eagle Hospitality Real Estate Investment Trust**

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known):

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ Amended Schedule

☒ *Chapter 11 or Chapter 9 Cases: Amended List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒ Other document that requires a declaration Corporate Ownership Statement

[*Remainder of page intentionally left blank.*]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

**01/27/2021**
MM/ DD/YYYY

☒ ***/s/ Chan Kim Lim***
Signature of individual signing on behalf of debtor

**Chan Kim Lim**
Printed name

**Manager, Corporate Trust,**
**DBS Trustee Limited (in its capacity as trustee of Eagle Hospitality Real Estate Investment Trust)**
Position or relationship to debtor

**01/27/2021**
MM/ DD/YYYY

☒ ***/s/ Kwek Yi Lin***
Signature of individual signing on behalf of debtor

**Kwek Yi Lin**
Printed name

**Manager, Corporate Trust,**
**DBS Trustee Limited (in its capacity as trustee of Eagle Hospitality Real Estate Investment Trust)**
Position or relationship to debtor

**Certificate of DBS Trustee Limited**
**(in its capacity as trustee of Eagle Hospitality Real Estate Investment Trust)**
**Chapter 11 Filing for Eagle Hospitality Real Estate Investment Trust**

January 27, 2021

We, Chan Kim Lim and Kwek Yi Lin, are Authorised Signatories of DBS Trustee Limited (in its capacity as trustee of Eagle Hospitality Real Estate Investment Trust ("**EH-REIT**")) ("**Trustee**") and certify for and on behalf of the Trustee as follows:

1. We are authorised to give this Certificate for and on behalf of the Trustee;

2. EH-REIT is a real estate investment trust properly constituted by, and validly existing under the laws of Singapore pursuant to the Deed of Trust constituting EH-REIT dated 11 April 2019 between Eagle Hospitality REIT Management Pte. Ltd., as manager and DBS Trustee Limited, as trustee, as may be amended, varied or supplemented from time to time ("**Trust Deed**");

3. DBS Trustee Limited has been properly appointed to act as the sole trustee of EH-REIT in accordance with the Trust Deed;

4. The Trustee has, on the advice of its professional advisors, determined that it is desirable and in the best interests of EH-REIT, its creditors, stakeholders and other interested parties that EH-REIT files or cause to be filed voluntary petitions for relief ("**Chapter 11 Case**") under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") in which the authority for the EH-REIT to operate as a debtor in possession will be sought;

5. The Trustee is authorised and empowered to file or cause to be filed the Chapter 11 Case under the provisions of the Bankruptcy Code in the Bankruptcy Court;

6. Pursuant to the resolutions in writing of the Board of Directors of DBS Trustee Limited duly passed on 2 May 2019, as varied in writing on 5 July 2019, 1 April 2020, 15 September 2020 and 23 November 2020 ("**Directors' Resolutions**") (a copy of which is attached herein as Annex A), any two (2) Authorised Signatories (as defined in the Directors' Resolutions) be and are hereby authorised, empowered and directed to execute and file jointly on behalf of the Trustee all petitions, schedules, lists, motions, papers, documents, or other filings, and to take any and all action that they deem necessary or proper to obtain such relief pertaining to EH-REIT under the Bankruptcy Code in the Bankruptcy Court, including any action necessary to maintain the ordinary-course operation of EH-REIT's business;

7. Pursuant to the Directors' Resolutions, any two (2) Authorised Signatories be and are hereby:

    (i) authorised, and directed to (a) employ the law firm of Paul Hastings LLP ("**Paul Hastings**") as general bankruptcy counsel to represent and assist EH-REIT in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance EH-REIT's rights and obligations in the Chapter 11 Case, including filing any pleadings, and (b) in connection therewith, execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Paul Hastings;

(i) authorised, and directed to (a) employ the law firm of Cole Schotz P.C. ("**Cole Schotz**") as Delaware counsel to represent and assist EH-REIT in connection with its restructuring pursuant to the Chapter 11 Case and (b) in connection therewith, execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Cole Schotz;

(ii) authorised and directed to (a) employ the law firm of Rajah & Tann Singapore LLP ("**Rajah & Tann**") as counsel in connection with Singapore law advice to, amongst other things, represent and assist EH-REIT in connection with its restructuring pursuant to the Chapter 11 Case and (b) in connection therewith, execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Rajah & Tann;

(iii) authorised and directed to (a) employ the law firm of Shook Lin & Bok LLP ("**Shook Lin**") as Singapore counsel to, amongst other things, represent and assist the Trustee on compliance with Singapore laws, regulations and guidelines and the provisions in the Trust Deed in connection with the Chapter 11 Case and (b) in connection therewith, execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Shook Lin;

(iv) authorised and directed to (a) employ the firm FTI Consulting, Inc. ("**FTI**") to provide Alan Tantleff as chief restructuring officer and certain additional personnel to assist EH-REIT with its reorganization efforts and the Chapter 11 Case and to, among other things, assist EH-REIT in (i) developing financial data for evaluation by the Trustee, its creditors, or other third parties (in each case as requested by EH-REIT), (ii) responding to issues related to the EH-REIT's financial liquidity, and (iii) selling the EH-REIT's assets, and (b) in connection therewith, execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of FTI;

(v) authorised and directed to (a) employ the firms Moelis & Company LLC and Moelis & Company Asia Limited (together, "**Moelis**") as investment banker to, among other things, assist EH-REIT in its restructuring pursuant to the Chapter 11 Case in (i) conducting a strategic review of EH-REIT's capital structure, (ii) advising the Company in connection with the restructuring of EH-REIT's funded debt, and (iii) assisting the Trustee to evaluate financing and acquisition proposals, and (b) in connection therewith, execute appropriate retention agreements, pay appropriate retainers, and cause to be filed an appropriate application for authority to retain the services of Moelis;

(vi) authorised and directed to (a) employ the firm of Donlin, Recano & Company, Inc. ("**Claims Agent**") as notice and claims agent and administrative advisor to represent and assist EH-REIT in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance EH-REIT's rights and obligations in the Chapter 11 Case, and (b) in connection therewith, execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of Claims Agent;

(vii) authorised and empowered to (a) employ any other professionals to assist EH-REIT in carrying out its duties under the Bankruptcy Code, and (b) in connection therewith, to execute appropriate retention agreements, pay appropriate retainers and fees, and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

(viii) authorised, empowered, and directed to (a) execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, (b) in connection therewith, employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and (c) take and perform any and all further acts and deeds that the Authorised Signatories jointly deem necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case;

(ix) authorised and empowered to (a) seek approval of a cash collateral order in interim and final form which may require EH-REIT to grant liens and (b) negotiate and enter into debtor-in-possession financing, in each case subject to potential capital maintenance rules and financial assistance rules to be complied with under applicable laws;

(x) authorised, empowered, and directed on behalf of and in the name of EH-REIT to secure the payment and performance of any post-petition financing by (a) pledging or granting liens and mortgages on, or security interest in, all or any portion of the EH-REIT's assets, including all or any portion of the issued and outstanding capital stock, partnership interests, or membership interests of any subsidiaries of the EH-REIT, whether now owned or hereafter acquired, and (b) entering into or causing to be entered into such security agreements, pledge agreements, control agreements, inter-creditor agreements, mortgages, deeds of trust and other agreements as are necessary, appropriate or desirable to effectuate the intent of, or matters reasonably contemplated or implied by, this paragraph 7(x) in such form, covering such collateral and having such other terms and conditions as are approved or deemed necessary, appropriate or desirable by the officer executing the same, the execution thereof by such officer to be conclusive evidence of such approval or determination; and

(xi) authorised, empowered, and directed on behalf of and in the name of EH-REIT to (a) take such further actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as such officers may deem necessary, advisable or proper to carry out the intent and purpose of paragraphs 7(ix) to 7(x), including the execution and delivery of any security agreements, pledges, financing statements and the like, and (b) perform the obligations of EH-REIT under the relevant law applicable to EH-REIT and the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form as the officers performing or executing the same shall approve, and the performance or execution thereof by such officers shall be conclusive evidence of the approval thereof by such officers and by EH-REIT; and

(xii) authorised and directed to prepare, execute and deliver such other documents and to take such other action as they may deem necessary or advisable to carry out the purposes of the foregoing and that any and all such actions consistent with and contemplated by the foregoing that may have been taken to date are hereby authorised, ratified, approved and confirmed in all respects; and

(xiii) authorised, empowered, and directed on behalf of and in the name of the Trustee to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments agreements or other writings referred to in the foregoing as the Authorised Signatories shall jointly determine to be necessary, proper and desirable.

8. Limitation of Liability

(i) Notwithstanding any provision to the contrary in this Certificate, it is hereby agreed and acknowledged that DBS Trustee Limited ("**DBST**") is issuing this Certificate only in its capacity as trustee of EH-REIT and not in its personal capacity and all references to the Trustee in this Certificate shall be construed accordingly. As such, notwithstanding any provision to the contrary in this Certificate, DBST has assumed all obligations under this Certificate in its capacity as trustee of EH-REIT and not in its personal capacity and any liability of or indemnity, covenant, undertaking, representation and/or warranty given or to be given by the Trustee under this Certificate is given by DBST in its capacity as trustee of EH-REIT and not in its personal capacity and any power and right conferred on any receiver, attorney, agent and/or delegate is limited to the assets of EH-REIT over which DBST in its capacity as trustee of the EH-REIT has recourse and shall not extend to any personal assets of DBST or any assets held by DBST in its capacity as trustee of any other trust. Any obligation, matter, act, action or thing required to be done, performed, or undertaken or any covenant, representation, warranty or undertaking given by the Trustee under this Certificate shall only be in connection with the matters relating to EH-REIT and shall not extend to the obligations of DBST in respect of any other trust or real estate investment trust of which it is trustee.

(ii) Notwithstanding any provision to the contrary in this Certificate, it is hereby agreed and acknowledged that the obligations of the Trustee under this Certificate will be solely the corporate obligations of DBST and there shall be no recourse against the shareholders, directors, officers or employees of DBST for any claims, losses, damages, liabilities or other obligations whatsoever in connection with any of the transactions contemplated by the provisions of this Certificate.

(iii) For the avoidance of doubt, any legal action or proceedings commenced against the Trustee whether in Singapore or elsewhere pursuant to this Certificate shall be brought against DBST in its capacity as the trustee of EH-REIT and not in its personal capacity.

(iv) This paragraph 8 shall survive the termination, rescission or completion of this Certificate.

(v) The provisions of this paragraph 8 shall apply, *mutatis mutandis*, to any notice, certificate or other document which the Trustee issues under or pursuant to this Certificate, as if expressly set out in such notice, certificate or document.

[*Signature page to follow*]

Yours sincerely
**DBS Trustee Limited**
(in its capacity as trustee of Eagle Hospitality Real Estate Investment Trust)

*/s/ Chan Kim Lim*
Name: Chan Kim Lim
Designation: Authorised Signatory

*/s/ Kwek Yi Lin*
Name: Kwek Yi Lin
Designation: Authorised Signatory